# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. CHAMBERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE APPALACHIA, L.L.C. and STATOIL USA ONSHORE PROPERTIES INC., <br><br> Defendants. | NO. 3:18-CV-0347 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 12th day of July, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 10) filed by Defendant Statoil USA Onshore Properties Inc. is **GRANTED in part**. All claims against Statoil USA Onshore Properties Inc. are **DISMISSED without prejudice** so as to allow Plaintiffs the opportunity to comply with the notice provision of the Leases.

(2) The Motion to Dismiss (Doc. 11) filed by Defendant Chesapeake Appalachia, L.L.C. is **GRANTED in part**. Plaintiffs John D. Witter and Richard D. Witter's claims against Chesapeake Appalachia are **DISMISSED without prejudice**, but they will be given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. All other claims against Chesapeake Appalachia are **DISMISSED without prejudice** so as to allow Plaintiffs the opportunity to comply with the notice provision of the Leases.

                                                      /s/ A. Richard Caputo  
                                                      A. Richard Caputo  
                                                      United States District Judge