# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. CHAMBERS, *et al.*, <br><br>　Plaintiffs, <br><br>　v. <br><br>CHESAPEAKE APPALACHIA, L.L.C. and EQUINOR USA ONSHORE PROPERTIES, INC., <br><br>　Defendants. | NO. 3:18-CV-00437 <br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 14th day of January, 2019, **IT IS HEREBY ORDERED** that the Motions to Dismiss filed by Defendant Chesapeake Appalachia, L.L.C. (Doc. 34) and Equinor USA Onshore Properties, Inc. (Doc. 35) are **DENIED**.

　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　United States District Judge