

|  | 1600 Market Street   Suite 3600 |
|---|---|
| The Higher | Philadelphia, PA  19103-7286 |
| Calling of the Law | 215.751.2000  Fax 215.751.2205  schnader.com |

May 7, 2020

Arleigh P. Helfer III
Direct Dial 215-751-2430
E-Mail: ahelfer@schnader.com

**VIA CM/ECF**

The Honorable Robert D. Mariani
United States District Court for the Middle
 District of Pennsylvania
William J. Nealon Federal Building &
 U.S. Courthouse
235 N. Washington Avenue
Scranton, PA  18503

> RE:  *William A. Chambers, et al. v. Chesapeake Appalachia, L.L.C., et al., U.S.*
> *District Court for the Middle District of Pennsylvania, No. 3:18-cv-00437*

Dear Judge Mariani:

Pursuant to the Court's order of May 7, 2020 (ECF 73), the call-in number for the May 15, 2020 teleconference is:

> 1-888-998-5260
> Meeting ID:  7081117#

Respectfully,

Arleigh P. Helfer III
For SCHNADER HARRISON SEGAL & LEWIS LLP

cc:     All Counsel (via ECF)