IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. CHAMBERS, *et al.*, | : |
| Plaintiffs, | : No. 3:18-cv-00437 |
| v. | : (Judge Mariani) |
| CHESAPEAKE APPALACHIA, L.L.C., *et al.*, | : |
| Defendants. | : |

**ORDER**

AND NOW, this 14th day of May, 2021, upon consideration of the Joint Motion of Plaintiffs and defendant Equinor USA Onshore Properties, Inc. to modify the deadlines in this case it is hereby ORDERED that the Case Management Order is amended as follows:

(1) Plaintiffs shall complete the deposition of third-party Equinor Natural Gas, LLC's designee by May 14, 2021.

(2) Plaintiffs shall comply with the requirements of Federal Rule of Civil Procedure 26(a)(2) with respect to expert witnesses no later than May 28, 2021.

(3) Defendants shall comply with the requirements of Federal Rule of Civil

1

Procedure 26(a)(2) with respect to expert witnesses no later than June 28, 2021.

(4) Supplementation of Plaintiff and Defendant's expert reports shall be due by July 14, 2021.

(5) Expert discovery shall be completed by July 30, 2021.

(6) All potentially dispositive motions with supporting briefs, exhibits, and statements of material facts, shall be filed no later than August 13, 2021.

(7) The Parties shall confer and propose a schedule to the Court for all remaining dates and disclosures, including disclosures required by Federal Rule of Civil Procedure 26(a)(3), following resolution of any dispositive motions.

Robert D. Mariani, U.S.D.J.