UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. CHAMBERS, et al.,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CHESAPEAKE APPALACHIA, L.L.C. and EQUINOR USA ONSHORE PROPERTIES, INC. (f/k/a STATOIL USA ONSHORE PROPERTIES, INC.)<br><br>　　　　　　　Defendants. | Case No. 3:18-cv-437-ARC<br><br>(Judge Robert D. Mariani) |

## **NOTICE OF CHANGE OF FIRM AFFILIATION**

**PLEASE TAKE NOTICE THAT** Ryan Shores, counsel of record for Equinor USA Onshore Properties, Inc. (f/k/a Statoil USA Onshore Properties, Inc.), is now affiliated with Cleary Gottlieb Steen & Hamilton LLP at the following address:

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue NW,
Washington, DC 20037
Telephone: +1 202 974 1876
Fax: +1 202 974 1999
rshores@cgsh.com

                                                Respectfully submitted,

Dated:  July 12, 2023                   */s/ Ryan Shores*

                                                Ryan Shores
                                                Cleary Gottlieb Steen & Hamilton LLP
                                                2112 Pennsylvania Avenue NW
                                                Washington, DC 20037
                                                Tel:  +1 202 974 1876

                                                *Counsel for Defendant Equinor USA Onshore Properties, Inc. (f/k/a Statoil USA Onshore Properties, Inc.)*