# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM A. CHAMBERS, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **NO. 3:18-CV-437** |
| | : | |
| **CHESAPEAKE APPALACHIA, L.L.C.,** | : | **JUDGE MEHALCHICK** |
| **et al.,** | : | |
| | : | **ELECTRONICALLY FILED** |
| **Defendants.** | : | |

## WITHDRAWAL OF APPEARANCE

With all claims against Chesapeake Appalachia, L.L.C. having been dismissed with prejudice pursuant to a Notice of Voluntary Dismissal (ECF 87) and Court Order (ECF 90), kindly withdraw our appearances from the record in this matter.

Dated: March 6, 2024

Respectfully submitted,

/s/John B. Dempsey
Daniel T. Brier
John B. Dempsey
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Seamus Duffy
Akin Gump Strauss Hauer & Feld LLP
2001 Market Street, Suite 4100
Philadelphia, PA  19103
(215) 265-1212

Daniel T. Donovan (*pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 379-5000

*Attorneys for Defendant Chesapeake Appalachia, L.L.C.*

## **CERTIFICATE OF SERVICE**

I, John B. Dempsey, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served upon all counsel who have appeared in this action via the Court's Electronic Case Filing System on this 6th day of March 2024.

/s/ John B. Dempsey
John B. Dempsey